# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0406.  CAROL WILKERSON v. THE STATE.**

Appellant in this case has filed a Motion for An Appointment of Counsel. After review of the record, it is noted that Appellant had previously filed a Motion for Appointment of Counsel with the trial court.  Thus, it is hereby ordered that the case be REMANDED to the trial court for a ruling on Appellant's Motion for Appointment of Counsel.  When such issue is resolved, the Appellant shall have thirty (30) days to file a new Notice of Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/16/2016*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*